01

02

03

04

05

06
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07
AT SEATTLE

08 KOUNTA OUSMANE,                              )
                                               )   CASE NO. C11-1411-MJP
09                 Petitioner,                  )
                                               )
10           v.                                 )
                                               )   ORDER OF DISMISSAL
11 ERIC HOLDER, Attorney General of the         )
   United States,                               )
12                                              )
                   Respondent.                  )
13 _____ )

14          The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 8),

15 the government's response (Dkt. No. 21), petitioner's reply and update (Dkt. Nos. 28, 29), the

16 government's supplemental response (Dkt. No. 30), the Report and Recommendation of the

17 Honorable Mary Alice Theiler, United States Magistrate Judge, and noting the lack of

18 objections or responses to that, and the remaining record, finds and Orders as follows:

19          1.      The Court adopts the Report and Recommendation;

20          2.      Petitioner's petition for writ of habeas corpus (Dkt. No. 8) is DISMISSED as

21                  moot; and

22          3.      The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

01        DATED this 9th day of January, 2012.

02

03

04                                          Marsha J. Pechman
                                            United States District Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2