UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KOUNTA OUSMANE, | ) |
| | ) CASE NO. C11-1411-MJP |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF DISMISSAL |
| ERIC HOLDER, Attorney General of the United States, | ) |
| | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 8), the government's response (Dkt. No. 21), petitioner's reply and update (Dkt. Nos. 28, 29), the government's supplemental response (Dkt. No. 30), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and noting the lack of objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's petition for writ of habeas corpus (Dkt. No. 8) is DISMISSED as moot; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

ORDER OF DISMISSAL
PAGE -1

01      DATED this 9th day of January, 2012.

                                        Marsha J. Pechman
                                        United States District Judge

ORDER OF DISMISSAL
PAGE -2